# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:20CR266 |
| vs. | ) | |
| STEPHEN D. CLARK, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the Motion to Continue Trial [40]. Since the last continuance, progress has been made resolving the matter. Counsel needs additional time to provide Mr. Clark with the opportunity to arrange to come to Omaha to complete plea paperwork. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [40] is granted, as follows:

1. The jury trial now set for May 9, 2022 is continued to **June 21, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 21, 2022,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

DATED: April 29, 2022.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge